reargument refused July 29, 1972.

*J. Horace Churchman,* with him *Drinker, Biddle & Reath,* for appellants.

*Paul Maloney,* with him *E. M. Watters, III,* and *Pepper, Hamilton & Scheetz,* for appellants.

*Philip A. Bregy,* with him *MacCoy, Evans & Lewis,* for appellee.

*Maurice Heckscher,* with him *Duane, Morris & Heckscher,* for appellee.

OPINION PER CURIAM, June 28, 1972:
Decree affirmed. Each party to pay own costs.

## Kraus Will.

Argued April 25, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Anthony J. Giangiulio,* with him *Giangiulio, Katz & Josel,* for appellant.

*John E. Landis,* with him *Landis and Williams,* for appellees.

OPINION PER CURIAM, June 28, 1972:
Decree affirmed. Appellant to pay costs.

## Dunk Appeal.

Argued April 27, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and NIX, JJ.